IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY BLANKENSHIP, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  1:10CV355-MHT-CSC |
| ) | (WO) |
| BELL AEROSPACE, INC., *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## OPINION and ORDER

On January 5, 2011, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 22) is adopted.  An appropriate judgment will be entered.

    Done this the 28th day of January, 2011.

                                                  /s/   Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE