IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANNY BLANKENSHIP,           )
                             )
        Plaintiff,           )
                             )
v.                           )     CIV. ACT. NO.  1:10CV355-MHT-CSC
                             )                    (WO)
BELL AEROSPACE, INC., *et al.*,  )
                             )
        Defendants.          )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case,

it is ORDERED and ADJUDGED that this action is dismissed without prejudice for the

plaintiff's failure to comply with the orders of the court and to prosecute this action.

It is further ORDERED that the motion to dismiss (Doc. # 12) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may

issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 28th day of January, 2011.

        /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE